**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO: 3:24-cv-00006-WWB-PDB**

MELISSA TRAYNHAM,
individually and on behalf of all
others similarly situated,                                  **CLASS ACTION**

      Plaintiff,                                               **JURY TRIAL DEMANDED**

v.

CADY STUDIOS, LLC,

      Defendant.
_____/

### JOINT MOTION FOR LEAVE TO APPEAR REMOTELY AT PRELIMINARY PRETRIAL CONFERENCE

Plaintiff Melissa Traynham ("Plaintiff"), for herself and on behalf and with the permission of Defendant Cady Studios, LLC (individually "Defendant," and collectively with Plaintiff, the "Parties") hereby respectfully submit this joint motion to permit the Parties' respective lead counsel in the above-referenced matter to appear remotely (via Zoom or other remote means) at the upcoming Preliminary Pretrial Conference, and as good cause set forth the following:

1. Pursuant to the Court's Order of March 22, 2024, the Preliminary Pretrial Conference in this case is scheduled for April 11, 2024, at 1:30 p.m. *See* Dkt. 18.

2. Lead counsel for Plaintiff, Manuel S. Hiraldo, is located in Fort Lauderdale, Florida, and has scheduling conflicts with the Conference date, such that it would be difficult to attend in person.

3. Lead counsel for Defendant, A. Paul Heeringa (whose *pro hac vice* application will be filed in advance of the Conference), is located in Chicago, Illinois, and is presently unable to attend the Conference in person due to various professional and personal scheduling conflicts.

1

4.     The foregoing counsel do not have offices or reside in Jacksonville, and therefore will be required to travel to participate in the Conference in person as presently set, which will result in substantial travel expenses to be incurred by their respective clients.

5.     To conserve their clients' resources, therefore, the Parties' counsel respectfully request for the Court to permit their appearances as the Pretrial Conference remotely, via Zoom or other remote means acceptable to the Court.

6.     If necessary and for the Court's Convenience, counsel for Plaintiff will coordinate and provide a Zoom link for the Court and the Parties to utilize.

7.     Plaintiff is filing this Motion jointly on behalf of the Parties, with Defendant's consent.

**WHEREFORE**, the Parties respectfully request an Order granting the instant motion, and for such other relief deemed appropriate under the circumstances.

Dated: April 2, 2024

Respectfully submitted,

**HIRALDO P.A.**

**By:**   */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
(t) 954.400.4713
*Counsel for Plaintiff*

2