UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 3:24-cv-0006

MELISSA TRAYNHAM,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

CADY STUDIOS, LLC,

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, Melissa Traynham, and Defendant Cady Studios, LLC by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of Plaintiff's individual claims against Defendant and without prejudice of the putative class claims against Defendant. Each party shall bear its own respective costs and attorneys' fees.

Dated: October 21, 2024

Respectfully submitted,

| | |
|---|---|
| By: */s/ Manuel Hiraldo* | By: */s/Traci H. Rollins* |
| **HIRALDO P.A.** | Traci H. Rollins, Esq. |
| Manuel S. Hiraldo | Florida Bar No. 769071 |
| Florida Bar No. 030380 | GUNSTER, YOAKLEY & STEWART, P.A. |
| 401 E. Las Olas Boulevard | 777 South Flagler Drive, Suite 500 East |
| Suite 1400 | West Palm Beach, FL 33401 |
| Ft. Lauderdale, Florida 33301 | Telephone: (561) 650-0510 |
| Email: mhiraldo@hiraldolaw.com | Facsimile: (561) 655-5677 |
| Telephone: 954.400.4713 | trollins@gunster.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |